# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:11-cr-0119 WBS |
| Plaintiff, | ) | |
| v. | ) | |
| Carolyn HUERTA, et al., | ) | |
| Defendants. | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus:

   (X) Ad Prosequendum        () Ad Testificandum

Name of Detainee:      **Carolyn HUERTA**
Detained at (custodian):    Monterey County Jail
              1410 Natividad Road
              Salinas, California 93906

Detainee is:    a.)    () charged in this district by:   (X) Indictment () Information () Complaint
              charging detainee with: conspiracy to distribute and possess with intent
              to distribute methamphetamine, cocaine, and marijuana
     or    b.)    () a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)    () return to the custody of detaining facility upon termination of proceedings
     or    b.)    (X) be retained in federal custody until final disposition of federal charges.

*Appearance is necessary in the Eastern District of California to face prosecution on a drug trafficking indictment in Case No. 2:11-cr-0119 WBS.*

| | |
|---|---|
| Signature: | /s/ Jason Hitt |
| Printed Name & Phone No: | Jason Hitt  916-554-2751 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS

   (X) Ad Prosequendum        () Ad Testificandum

   The above application is granted and the above-named custodian, as well as the United States Marshal's Service or the FBI (the investigative agency on this case) for this district, is hereby ORDERED to produce the named detainee, FORTHWITH, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date:   July 21, 2011

                  WILLIAM B. SHUBB
                  UNITED STATES DISTRICT JUDGE

Detainee:        **Carolyn HUERTA**             __Male   _X_ Female

| | |
|---|---|
| Detained at (custodian): | Monterey County Jail |
| Facility Address: | ATTN: Sgt. Durham |
| | 1410 Natividad Road |
| | Salinas, California 93906 |
| Facility Phone: | (831) 647-7782 |

___

**RETURN OF SERVICE**

Executed on   _____          By: _____