UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br><br>Carolyn HUERTA, et al.,<br><br>        Defendants. | Case No. 2:11-cr-0119 WBS<br><br>**FILED**<br>JUL 2 2 2011<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY _____<br>    DEPUTY CLERK |

### APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus:

    (X) Ad Prosequendum          ( ) Ad Testificandum

Name of Detainee: **Carolyn HUERTA**
Detained at (custodian): Monterey County Jail
1410 Natividad Road
Salinas, California 93906

Detainee is:
    a.) ( ) charged in this district by:   (X) Indictment ( ) Information ( ) Complaint
        charging detainee with: conspiracy to distribute and possess with intent
        to distribute methamphetamine, cocaine, and marijuana
or   b.) ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:
    a.) ( ) return to the custody of detaining facility upon termination of proceedings
or   b.) (X) be retained in federal custody until final disposition of federal charges.

*Appearance is necessary in the Eastern District of California to face prosecution on a drug trafficking indictment in Case No. 2:11-cr-0119 WBS.*

Signature: /s/ Jason Hitt
Printed Name & Phone No: Jason Hitt 916-554-2751
Attorney of Record for: United States of America

### WRIT OF HABEAS CORPUS

    (X) Ad Prosequendum          ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service or the FBI (the investigative agency on this case) for this district, is hereby ORDERED to produce the named detainee, FORTHWITH, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: July 21, 2011

GREGORY G. HOLLOWS
GREGORY G. HOLLOWS
United States Magistrate Judge

| | | |
|---|---|---|
| Detainee: | **Carolyn HUERTA** | __ Male    X Female |
| Detained at (custodian): | Monterey County Jail | |
| Facility Address: | **ATTN: Sgt. Durham**<br>1410 Natividad Road<br>Salinas, California 93906 | |
| Facility Phone: | (831) 647-7782 | |

### RETURN OF SERVICE

Executed on _____      By: _____