Philip Cozens, State Bar Number 84051
Attorney at Law
1007 Seventh Street, Suite 500
Sacramento, CA   95814

Telephone: (916) 443-1504
Fax: (916) 443-1511
Email: pcozens@aol.com

Attorney for Defendant Carolyn Huerta

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:11-CR-0119-03 WBS |
| | ) | |
| Plaintiff, | ) | STIPULATION FOR CONTINUANCE OF |
| | ) | DEFENDANT HUERTA'S |
| | ) | SENTENCING HEARING FROM JUNE |
| v. | ) | 24, 2013 TO SEPTEMBER 9, 2013 |
| | ) | |
| CAROLYN HUERTA, | ) | |
| | ) | |
| Defendant. | ) | |

   It is stipulated between the United States Attorney's Office for the Eastern District of California by Assistant United States Attorney Jason Hitt, Esq. and Defendant Carolyn Huerta through her attorney Philip Cozens, Esq., that:

   The Sentencing Hearing currently scheduled for June 24, 2013, at 9:30 a.m. in Judge Shubb's Court be re-scheduled for September 9, 2013 at 9:30 a.m. in Judge Shubb's Court.  The stipulated continuance is necessary for probation report to be prepared.  Defendant Carolyn Huerta's attorney was engaged in back-to-back trials in Department 2 of the Superior Court of California, County of Yolo and Department 16 in Sacramento County and delayed the probation officer in interviewing Defendant.

STIPULATION FOR CONTINUANCE OF SENTENCING HEARING     -1-

Time should be excluded for defense attorney preparation pursuant to Local Code T4 and the ends of justice outweigh the Defendant's and the public's interest in a speedy trial. Time should be excluded from speedy trial calculations from June 24, 2013 through and including September 9, 2013.

It is so stipulated.

Dated: June 20, 2013 /s/ Jason Hitt, Esq.
Jason Hitt, Esq.
Assistant United States Attorney
Eastern District of California

/s/ Philip Cozens
Philip Cozens
Attorney for Defendant Carolyn Huerta

**ORDER**

The court, having read and considered the above-stipulation and finding good cause therefore, orders that the Sentencing Hearing currently scheduled for June 24, 2013, at 9:30 a.m. in Judge Shubb's Court be re-scheduled for September 9, 2013 at 9:30 a.m. in Judge Shubb's Court. There is no reason for the court to find excludable time, because the defendant has already entered a plea of guilty and the continuance is only for imposition of the judgment and sentence. Nevertheless, because the attorneys have so stipulated, time is excluded for defense attorney preparation pursuant to Local Code T4 and the court finds the ends of justice outweigh the Defendant's and the public's interest in a speedy trial. Time will be excluded from speedy trial calculations from June 24, 2013 through and including September 9, 2013.

Dated: June 21, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE