1   Philip Cozens, State Bar Number 84051
2   Attorney at Law
3   1007 Seventh Street, Suite 500
4   Sacramento, CA   95814
5
6   Telephone: (916) 443-1504
7   Fax: (916) 443-1511
8   Email: pcozens@aol.com
9
10  Attorney for Defendant Carolyn Huerta
11
12
13
14              IN THE UNITED STATES DISTRICT COURT
15
16           FOR THE EASTERN DISTRICT OF CALIFORNIA
17
18  UNITED STATES OF AMERICA,          )      Case No. 2:11-CR-0119-03 WBS
19                                     )
20          Plaintiff,                 )      STIPULATION FOR CONTINUANCE OF
21                                     )      DEFENDANT HUERTA'S
22                                     )      SENTENCING HEARING FROM
23          v.                         )      SEPTEMBER 9, 2013 TO OCTOBER 21,
24                                     )      2013
25  CAROLYN HUERTA, et al.             )
26                                     )
27          Defendants.                )
28  _____)
29

30          It is stipulated between the United States Attorney's Office for the Eastern District of

31  California by Assistant United States Attorney Jason Hitt, Esq. and Defendant Carolyn Huerta

32  through her attorney Philip Cozens, Esq., that:

33          The Sentencing Hearing currently scheduled for September 9, 2013, at 9:30 a.m. in Judge

34  Shubb's Court be re-scheduled for October 21, 2013 at 9:30 a.m. in Judge Shubb's Court.  The

35  stipulated continuance is necessary for probation report to be prepared.  Probation Officer Linda

36  Moore informed counsel that the probation report will be available next week.

37          Time should be excluded for defense attorney preparation pursuant to Local Code T4 and

38  the ends of justice outweigh the Defendant's and the public's interest in a speedy trial.  Time

3   should be excluded from speedy trial calculations from September 9, 2013 through and including

4   October 21, 2013.

4           It is so stipulated.

5   Dated: September 4, 2013                    /s/ Jason Hitt, Esq._____

6                                               Jason Hitt, Esq.

7                                               Assistant United States Attorney

8                                               Eastern District of California

9

10                                              /s/ Philip Cozens_____

11                                              Philip Cozens

12                                              Attorney for Defendant Carolyn Huerta

13                                    **ORDER**

20           The court, having read and considered the above-stipulation and finding good

21   cause therefore, orders that the Sentencing Hearing currently scheduled for September 9, 2013, at

22   9:30 a.m. in Judge Shubb's Court be re-scheduled for October 21, 2013 at 9:30 a.m. in Judge

23   Shubb's Court.  Time is excluded for defense attorney preparation pursuant to Local Code T4

24   and the court finds the ends of justice outweigh the Defendant's and the  public's interest in a

25   speedy trial.  Time will be excluded from speedy trial calculations from September 9, 2013

26   through and including October 21, 2013.

21   Dated:  September 6, 2013

22

23                                              _____

24                                              WILLIAM B. SHUBB
                                                UNITED STATES DISTRICT JUDGE

STIPULATION FOR CONTINUANCE OF SENTENCING HEARING      -2-