1   Philip Cozens, State Bar Number 84051
2   Attorney at Law
3   1007 Seventh Street, Suite 500
4   Sacramento, CA   95814
5
6   Telephone: (916) 443-1504
7   Fax: (916) 443-1511
8   Email: pcozens@aol.com
9
10  Attorney for Defendant Carolyn Huerta
11
12
13
14                  IN THE UNITED STATES DISTRICT COURT
15
16              FOR THE EASTERN DISTRICT OF CALIFORNIA
17
18  UNITED STATES OF AMERICA,          )       Case No. 2:11-CR-0119 WBS
19                                     )
20          Plaintiff,                 )       STIPULATION FOR CONTINUANCE OF
21                                     )       DEFENDANT HUERTA'S
22                                     )       SENTENCING HEARING FROM
23          v.                         )       OCTOBER 21, 2013 TO DECEMBER 23,
24                                     )       2013
25  CAROLYN HUERTA, et al.             )
26                                     )
27          Defendants.                )
28  _____)
29

30          It is stipulated between the United States Attorney's Office for the Eastern District of

31  California by Assistant United States Attorney Jason Hitt, Esq. and Defendant Carolyn Huerta

32  through her attorney Philip Cozens, Esq., that:

33          The Sentencing Hearing currently scheduled for October 21, 2013, at 9:30 a.m. in Judge

34  Shubb's Court be re-scheduled for December 23, 2013 at 9:30 a.m. in Judge Shubb's Court.  The

35  stipulated continuance is necessary for probation report to be prepared.

36          Time should be excluded for defense attorney preparation pursuant to Local Code T4 and

37  the ends of justice outweigh the Defendant's and the public's interest in a speedy trial.  Time

38  should be excluded from speedy trial calculations from October 21, 2013 through and including

39  December 23, 2013.


STIPULATION FOR CONTINUANCE OF SENTENCING HEARING       -1-

1      It is so stipulated.

2   Dated: October 14, 2013                    /s/ Jason Hitt, Esq._____

3                                              Jason Hitt, Esq.

4                                              Assistant United States Attorney

5                                              Eastern District of California

6

7                                              /s/ Philip Cozens_____

8                                              Philip Cozens

9                                              Attorney for Defendant Carolyn Huerta

10                                   **ORDER**

11          The court, having read and considered the above-stipulation and finding good

12   cause therefore, orders that the Sentencing Hearing currently scheduled for October 21, 2013, at

13   9:30 a.m. in Judge Shubb's Court be re-scheduled for December 23, 2013 at 9:30 a.m. in Judge

14   Shubb's Court.  Time is excluded for defense attorney preparation pursuant to Local Code T4

15   and the court finds the ends of justice outweigh the Defendant's and the  public's interest in a

16   speedy trial.  Time will be excluded from speedy trial calculations from October 21, 2013

17   through and including December 23, 2013.

18        Dated:  October 15, 2013

19

20                                   WILLIAM B. SHUBB
                                     UNITED STATES DISTRICT JUDGE
21

STIPULATION FOR CONTINUANCE OF SENTENCING HEARING     -2-