HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
CAROLYN HUERTA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>           v.<br><br>CAROLYN HUERTA,<br><br>                    Defendant. | No.  Cr. S 2:11-cr-119 WBS<br><br>**AMENDED STIPULATED MOTION AND [lodged] ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable WILLIAM B. SHUBB |

     Defendant, CAROLYN HUERTA, by and through her attorney, Assistant Federal Defender Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

     1.    Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

     2.    On December 23, 2013, this Court sentenced Ms. Huerta to a term of 121 months imprisonment;

     3.    Her total offense level was 29, her criminal history category was IV, and the resulting guideline range was 121 to 151 months;

4. The sentencing range applicable to Ms. Huerta was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Ms. Huerta's total offense level has been reduced from 29 to 27, and her amended guideline range is 120 to 125 months, as limited by operation of the statutory mandatory minimum;

6. By reducing the base offense levels assigned to all drug trafficking offenses, and by making that change retroactive, the United States Sentencing Commission indicated that the guideline range applicable to Ms. Huerta's offense at the time of sentencing constitute an overly harsh reference point for determining her sentence. Ms. Huerta received a low-end sentence on her initial sentencing, and as such the parties request a low-end sentence on sentence modification in light of Amendment 782.

7. Accordingly, the parties request the Court enter the order lodged herewith reducing Ms. Huerta's term of imprisonment to a total term of 120 months.

Respectfully submitted,

Dated: December 7, 2015                    Dated: December 7, 2015

BENJAMIN B. WAGNER                         HEATHER E. WILLIAMS
United States Attorney                     Federal Defender


 /s/ Jason Hitt                             /s/ Hannah Labaree
JASON HITT                                 HANNAH R. LABAREE
Assistant U.S. Attorney                    Assistant Federal Defender

Attorney for Plaintiff                     Attorney for Defendant
UNITED STATES OF AMERICA                   CAROLYN HUERTA

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Ms. Huerta is entitled to the benefit Amendment 782, which reduces the total offense level from 29 to 27, resulting in an amended guideline range of 120 to 125 months, as limited by operation of the statutory mandatory minimum.

IT IS HEREBY ORDERED that the term of imprisonment imposed in December 2013 is reduced to a term of 120 months, a sentence that is consistent with the statutory minimum mandatory and fair and reasonable pursuant to 18 U.S.C. § 3553(a).

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Ms. Huerta shall report to the United States Probation Office within seventy-two hours after her release.

Dated:  December 16, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE