AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2) Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 2:11-cr-00119-WBS   Document 235   Filed 12/16/15   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| CAROLYN HUERTA; | ) | Case No: 2:11CR00119-03 WBS |
| T/N: CAROLYN CHRISTINE HUERTA | ) | |
| | ) | USM No: 66347-097 |
| Date of Original Judgment: 12/23/2013 | ) | |
| Date of Previous Amended Judgment: | ) | Hannah Labaree, Asst. Federal Defender |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  121  months **is reduced to**  120 months .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 12/29/2013 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: December 16, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Effective Date:  
*(if different from order date)*

William B. Shubb, U.S. District Court Judge
*Printed name and title*