UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| CAROLYN CHRISTIN HUERTA | CR. NO. 2:11-0119-03 WBS |
|---|---|
| Petitioner, | ORDER |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

----oo0oo----

On October 2, 2016, defendant Carolyn Christin Huerta filed a motion to reduce sentence pursuant to 18 U.S.C. § 3582. (Docket No. 267.) The United States shall file an opposition to petitioner's motion no later than November 10, 2016. Petitioner may then file a reply no later than December 1, 2016. The court will then take the motion under submission and will inform the parties if oral argument or further proceedings are necessary.

1

IT IS SO ORDERED.

Dated:  October 5, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE