UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN HUERTA,<br><br>    Defendant. | No.  2:11-cr-119 WBS<br><br>**ORDER** |

----oo0oo----

On December 16, 2015, this court granted defendant's motion for a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2). (Docket No. 235).  Pursuant to the stipulation between the United States Attorney and defense counsel, because defendant's sentence was subject to a mandatory minimum of 120 months, the court reduced her original sentence of 121 months to 120 months.  (Docket No. 234).

Presently before the court is defendant's motion for unspecified relief in which she apparently contests her role in the offense.  Because defendant is still subject to the statutory

1

minimum mandatory sentence which she is serving, her role in the offense is of no consequence.

IT IS THEREFORE ORDERED that defendant's motion (Docket No. 267) be, and the same hereby is, DENIED.

Dated: February 2, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE