UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11-cr-119-03 WBS |
| Plaintiff, | |
| v. | ORDER |
| CAROLYN HUERTA, | |
| Defendant. | |

----oo0oo----

        Defendant Carolyn Huerta filed a pro se motion for early termination of supervised release, and her counsel has filed a supplement in support of the motion. (Docket Nos. 405, 408.) The United States shall file any opposition to defendant's motion no later than thirty (30) days from the date of this order. Defendant or her counsel may file a reply no later than twenty-one (21) days from the date of the filing of the United States' opposition. After briefing is complete, the court will take the motion under submission and will inform the parties if oral argument or further proceedings are necessary.

1

IT IS SO ORDERED.

Dated:  November 30, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE