UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN HUERTA,<br><br>　　　　　Defendant. | No. 2:11-cr-119-03 WBS<br><br><br>ORDER |

----oo0oo----

Defendant Carolyn Huerta filed a pro se motion for early termination of supervised release, and her counsel has filed a supplement in support of the motion. (Docket Nos. 405, 408.) Defendant makes her request "in light of her successful reentry to the community," to obtain necessary dental work she cannot afford in the United States, and to begin medical training she believes she cannot start while under supervision.[1] (Docket

---

[1] According to defense counsel, defendant's 60-month term of supervision is due to expire in July 2024. (Docket No. 408 at 1.)

1

1   No. 408 at 1.)  The request is opposed by the United States.
2   (Docket No. 416.)  The probation officer also opposes early
3   termination, according to defense counsel.  (Docket No. 416 at
4   3.)
5           The court recognizes that defendant Huerta has largely
6   complied with the terms of her supervised release thus far and
7   that she has successfully obtained employment and completed
8   mental health therapy.  However, it appears that defendant
9   remains married and in contact with her husband who is a
10  "general" of the Nuestra Familia drug gang and who is currently
11  imprisoned by the Bureau of Prisons, and defendant was imprisoned
12  based on her involvement with Nuestra Familia drug trafficking.
13  Further, defendant has had a recent positive drug test, although
14  she claims that the test was a result of eating a cookie she did
15  not know was laced with marijuana.
16          Overall, the court continues to find that defendant's
17  60-month term of supervised release is appropriate given her
18  individual circumstances and the sentencing factors under 18
19  U.S.C. § 3553.  See 18 U.S.C. §§ 3583(c) and (e) (court considers
20  the § 3583 sentencing factors in determining whether a term of
21  supervised release is appropriate, in determining the length of
22  such a term, and whether to modify such a term).  Accordingly,
23  defendant's motion for early termination of supervised release
24  (Docket No. 405) is DENIED.
25          IT IS SO ORDERED.
26  Dated:  April 29, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE